UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALFRED PAUL GALAZ, | ) | CIV F 04-5383 TAG HC |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER GRANTING EXTENSION OF |
| v. | ) | TIME TO FILE RESPONSE TO MOTION |
| | ) | TO DISMISS |
| C. HARRISON, Warden., | ) | (DOCUMENT #23) |
| | ) | |
| Respondent. | ) | |
| | ) | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. Section 2254. On March 30, 2005, petitioner filed a motion to extend time to file a response to the motion to dismiss filed by respondent on March 2, 2005. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file a response to the motion to dismiss.

IT IS SO ORDERED.

**Dated:    April 22, 2005**                       **/s/ Theresa A. Goldner**
j6eb3d                                             UNITED STATES MAGISTRATE JUDGE