IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALFRED PAUL GALAZ,** | 1:04-cv-5383 TAG HC |
| Petitioner, | **ORDER** |
| **v.** | |
| **C. M. HARRISON,** | |
| Respondent. | |

Respondent has requested a thirty (30) day extension of time in which to file a reply to Petitioner's opposition to motion to dismiss.  GOOD CAUSE APPEARING, Respondent is granted an extension of time to and including June 3, 2005, in which to file a reply to Petitioner's opposition to motion to dismiss.

IT IS SO ORDERED.

**Dated:    May 4, 2005             _____/s/ Theresa A. Goldner_____**
j6eb3d                          UNITED STATES MAGISTRATE JUDGE

1