UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED PAUL GALAZ,           )<br>                              )<br>     Petitioner,              )<br>                              )<br>     v.                       )<br>                              )<br>C. HARRISON, Warden,          )<br>                              )<br>     Respondent.              )<br>_____) | 1:04-cv-05383-TAG-HC<br><br>ORDER GRANTING EXTENSION OF<br>TIME TO FILE TRAVERSE<br>(Docs. 37 & 38) |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On July 27, 2006, Petitioner filed a motion to extend time to file a traverse in response to the answer filed by respondent on June 23, 2006. (Doc. 37). On August 25, 2006, Petitioner filed a second application for additional time to file the traverse. (Doc. 38). Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner's two motions to extend time to file the traverse (Docs. 37 & 38), are GRANTED. Petitioner is granted thirty (30) days from the date of service of this order in which to file a traverse.

IT IS SO ORDERED.

Dated:  **September 5, 2006**                             **/s/ Theresa A. Goldner**
**j6eb3d**                                              UNITED STATES MAGISTRATE JUDGE