UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED PAUL GALAZ,<br><br>    Petitioner,<br><br>  v.<br><br>C. HARRISON, et al.<br><br>    Respondents. | 1:04-cv-05383-TAG HC<br><br>ORDER DENYING MOTION FOR EXTENSION OF TIME<br><br>(Doc. 44) |

    Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.  On May 3, 2004, Petitioner filed an amended petition.  (Doc. 9).  Upon consent of both parties, the case was assigned to Magistrate Judge Theresa A. Goldner for all purposes on April 6, 2005.  (Doc. 24).

    On March 27, 2007, the Court denied the instant petition on the merits and entered judgment in favor of Respondent and against Petitioner.  (Docs. 42 & 43).  On May 14, 2007, almost six weeks after judgment had been entered and the case closed, Petitioner filed the instant motion to extend time to object to this Court's order denying the first amended petition, and also for a 30- day extension of time to file his opposition and subsequent appeal.  (Doc. 44).

    A petitioner may file objections to a Magistrate Judge's report and recommendation to a District Judge; however, there are no provisions for filing objections to the decision of a Magistrate Judge when, as here, the case has been assigned to the Magistrate Judge for all purposes upon consent of both parties. Due to the fact the petition for writ of habeas corpus had already been denied with prejudice and the Court's judgment had already been entered before Petitioner filed the instant motion, Petitioner's motion is moot and will be denied.

1

Accordingly, Petitioner's motion for an extension of time to file objections and to appeal (Doc. 44), is DENIED as MOOT.

IT IS SO ORDERED.

Dated:  **May 22, 2007**                                              **/s/ Theresa A. Goldner**
                                                                                       UNITED STATES MAGISTRATE JUDGE