UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED PAUL GALAZ,<br><br>      Petitioner,<br><br>    v.<br><br>C. HARRISON, Warden,<br><br>      Respondent.<br>_____ | 1:04-cv-05383-TAG HC<br><br>ORDER DENYING MOTION FOR<br>JUDICIAL NOTICE (Doc. 47) |

      Petitioner is a state prisoner proceeding pro se in a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On March 27, 2007, the Court issued an order denying the First Amended Petition on its merits.  (Doc. 42).  The Court entered judgment the same date.  (Doc. 43).  On May 14, 2007, Petitioner moved for an extension of time to file "objections" to the order, which the Court denied as moot on May 23, 2007.  (Docs. 44, 45).  Nevertheless, Petitioner filed objections to the order on May 30, 2007.  On June 22, 2007, Petitioner filed the instant motion for the Court to take judicial notice of the reasons why his objections were not filed at an earlier date.  (Doc. 47).  Petitioner then appealed the denial of his petition to the United States Court of Appeals for the Ninth Circuit, which denied issuance of a certificate of appealability on September 7, 2007.  (Doc. 54).

When the Court issued a ruling denying the instant petition on the merits and entering judgment, that action concluded the case and there were no provisions, either by statute or in the rules of court, for the filing of objections by Petitioner at that point.

Petitioner's request for judicial notice is moot since judgment has been entered and his appeal of this Court's denial of his petition has been rejected by the Ninth Circuit.

Accordingly, the Court HEREBY ORDERS that Petitioner's motion for judicial notice (Doc. 47), is DENIED as MOOT.

IT IS SO ORDERED.

Dated:   **February 13, 2008**                                   /s/ Theresa A. Goldner
                                                                         UNITED STATES MAGISTRATE JUDGE